IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEBRHATO TSEHAI,               ) | CIV F 05-0158 REC LJO P |
| Plaintiff,               ) | |
| vs.               ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| DERRAL G. ADAMS, et al.,               ) | (DOCUMENT #7,5) |
| Defendants.               ) | |

On February 4, 2005, plaintiff a state prisoner proceeding pro se filed a complaint in the above entitled court. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $150.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's

---

[1] Effective February 7, 2005,The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).

1  income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by
2  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
3  $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
4       In accordance with the above, IT IS HEREBY ORDERED that:
5          1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
6          2.  Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action.  The fee
7  shall be collected and paid in accordance with this court's order to the Director of the California
8  Department of Corrections filed concurrently herewith.

10  IT IS SO ORDERED.

11  **Dated:    April 20, 2005**           /s/ Lawrence J. O'Neill
    i0d3h8           UNITED STATES MAGISTRATE JUDGE