# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEBRHATO TSEHAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL G. ADAMS, WARDEN, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NOS. 1:05-CV-00158-REC-LJO-P<br>　　　　　　　1:05-CV-00164-OWW-LJO-P<br><br>ORDER DIRECTING CLERK'S OFFICE TO EXCHANGE AMENDED COMPLAINTS IN ABOVE CASE NUMBERS<br><br>(Doc. 10) |

　　　　On September 6, 2005, plaintiff filed amended complaints in the two case numbers set forth in the caption of this order.  The case numbers written on each amended complaint by plaintiff were switched such that each complaint bore the number of the other case.  Accordingly, the Clerk of the Court is HEREBY DIRECTED to:

　　　　1.　　Exchange the amended complaint in case number 1:05-CV-00158-REC-LJO-P with the amended complaint in case number 1:05-CV-00164-OWW-LJO-P;

　　　　2.　　Change the case numbers written on the two amended complaints to reflect the exchange; and

　　　　3.　　Clarify the docket by making corrections or annotations.

IT IS SO ORDERED.

**Dated:     May 13, 2006**　　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1