UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEBRHATO TSEHAI,<br><br>        Plaintiff,<br><br>vs.<br><br>DERRAL G. ADAMS, WARDEN, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00158-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** (Doc. 10)<br><br>**ORDER THAT DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. §1915(g)** |

    Plaintiff Mebrhato Tsehai ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 15, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which

1

contained notice to plaintiff that an objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a _de novo_ review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 15, 2006, is ADOPTED IN FULL;
2. This action is DISMISSED, with prejudice, for plaintiff's failure to state a claim upon which relief may be granted under section 1983; and
3. This dismissal counts as a strike pursuant to 28 U.S.C. §1915(g).

IT IS SO ORDERED.

**Dated:   July 29, 2006**             /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE

2